

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GENNARO CACCAVALE,

        *Plaintiff,*

-vs-

ENTERGY CORPORATION, ENTERGY
NUCLEAR OPERATIONS, INC., and
ENTERGY NUCLEAR FITZPATRICK, LLC,

        *Defendants.*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 06-CV-0787
(NAM/DEP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties named herein to the above entitled action, that the above entitled action be, and the same hereby is, discontinued with prejudice, without costs to any party as against the others.

DATED:    May 29, 2007

| LAW OFFICES OF MARY J. FAHEY, ESQ. | HISCOCK & BARCLAY, LLP |
|---|---|
| By: /s/ Mary J. Fahey | By: /s/ Laurence B. Oppenheimer |
| Mary J. Fahey, Esq. | Laurence B. Oppenheimer, Esq. |
| Bar Roll No. 101600 | Bar Roll No. 511322 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 4736 Onondaga Boulevard | 1100 M&T Center |
| Syracuse, New York 13219 | 3 Fountain Plaza |
| (315) 472-3522 | Buffalo, NY 14203-1486 |
| MaryMJF501@aol.com | (716) 856-5400 |
| | loppenheimer@hiscockbarclay.com |

So Ordered:

_[signature]_

Norman A. Mordue
U.S.D.J.

BULIB01\698091\2